IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOSHUA MADRID and SARAH PANTER, *Individually and Next Friend of Their Minor Child, P.M.*, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Case No.: 3:24-cv-01060 ) Judge Richardson |
| UNITED STATES OF AMERICA, | ) Magistrate Judge Frensley ) |
| Defendant. | ) ) |

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in this case for the Defendant.

                      Respectfully submitted,

                      THOMAS J. JAWORSKI
                      Acting United States Attorney
                      Middle District of Tennessee

                      <u>s/ Anica C. Jones</u>
                      ANICA C. JONES, B.P.R. #025325
                      Assistant United States Attorneys
                      United States Attorney's Office
                      719 Church Street, Suite 3300
                      Nashville, TN   37203
                      Telephone: (615) 736-5151
                      anica.jones@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by United States mail, postage prepaid, to the following:

Laurie Higginbotham
Steven Haspel
Tom Jacob
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC
1114 Lost Creek Blvd., Suite 410
Austin, TX 78746
lhigginbotham@nationaltriallaw.com
shaspel@nationaltriallaw.com
tjacob@nationaltriallaw.com

Patrick D. Witherington
Witherington Law, PLLC
51 Century Blvd., Suite 125
Nashville, TN 37214
patrick@wlawfirm.com

    s/ Anica C. Jones
    ANICA C. JONES
    Assistant United States Attorney