IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOSHUA MADRID and SARAH PANTER, *Individually and Next Friend of Their Minor Child, P.M.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Case No.: 3:24-cv-01060 <br> Judge Richardson <br> Magistrate Judge Frensley |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as co-counsel in this case for the Defendant, United States of America.

               Respectfully submitted,

                THOMAS J. JAWORSKI
                Acting United States Attorney
                Middle District of Tennessee

By:   s/ Kimberly S. Veirs
       KIMBERLY S. VEIRS, B.P.R. #034811
       Assistant United States Attorney
       United States Attorney's Office
       719 Church Street, Suite 3300
       Nashville, TN 37203
       Telephone: (615) 736-5151
       Email: kimberly.veirs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by United States mail, postage prepaid, to the following:

Laurie Higginbotham
Steven Haspel
Tom Jacob
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC
1114 Lost Creek Blvd., Suite 410
Austin, TX 78746
lhigginbotham@nationaltriallaw.com
shaspel@nationaltriallaw.com
tjacob@nationaltriallaw.com

Patrick D. Witherington
Witherington Law, PLLC
51 Century Blvd., Suite 125
Nashville, TN 37214
patrick@wlawfirm.com

                                                  s/ Kimberly S. Veirs
                                                  KIMBERLY S. VEIRS
                                                  Assistant United States Attorney