# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| **JOSHUA MADRID** and **SARAH PANTER**, Individually and Next Friend of Their Minor Child, **P.M.**<br>Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br>Defendant | **NO. 3:24-CV-01060** |

## JOINT ADR REPORT

This is a medical negligence case under the Federal Tort Claims Act. The only defendant in the case is the United States of America. A scheduling order was entered on February 13, 2025 (Dkt. 28) which requires the parties to submit a joint report confirming that the parties have made a good faith attempt to resolve the case. On May 5, 2025, an order was entered extending the deadline to submit a joint report to at least 45 days after the United States has designated expert witnesses. (Dkt. 32).

The parties are attempting a mediation in the case with mediator Gail Vaughn Ashworth on October 2, 2025 and will update the Court if the case resolves at mediation.

Respectfully Submitted,

/s/ Laurie Higginbotham
LAURIE HIGGINBOTHAM
  lhigginbotham@nationaltriallaw.com
  Texas State Bar #50511759
  *Admitted Pro Hac Vice*
TOM JACOB
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981
  *Admitted Pro Hac Vice*
STEVEN HASPEL
  shaspel@nationaltriallaw.com
  Texas State Bar #24109981
  *Admitted Pro Hac Vice*
WHITEHURST, HARKNESS,
  BREES, CHENG, ALSAFFAR,
  HIGGINBOTHAM, & JACOB
  P.L.L.C.
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)


Patrick Witherington
Witherington Injury Law
51 Century Blvd. Ste 125
Nashville, TN 37214
Tennessee Bar No. 022348
patrick@wlawfirm.com
(615) 697-6503
*Local Counsel*

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

By my signature above, I certify that the parties have conferred and are in agreement to mediate and a copy of this pleading has been sent to the following on September 26, 2025 via email to:

> Anica C. Jones
> anica.jones@usdoj.gov
> Assistant United States Attorneys
> United States Attorney's Office
> 719 Church Street, Ste. 3300
> Nashville, TN 37203