# EXHIBIT A

TOLL-FREE 800.262.8777
LOCAL 540.667.0600
FAX 540.667.6562

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™

TENNESSEE:


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE


JOSHUA MADRID AND SARAH PANTER
(INDIVIDUALLY AND NEXT FRIEND OF THEIR MINOR
CHILD, P.M.)

PLAINTIFF,

VS.                         CASE NO. 3:24-CV-01060

UNITED STATES OF AMERICA,

DEFENDANT.
_____


DEPOSITION OF
SARAH ELIZABETH PANTER

THURSDAY, APRIL 03, 2025
9:14 A.M.

UNITED STATES ATTORNEY'S OFFICE
719 CHURCH STREET
NASHVILLE, TENNESSEE 37203

APPEARANCES

**ON BEHALF OF THE PLAINTIFF,**

**JOSHUA MADRID AND SARAH PANTER:**

TOM JACOB, ESQUIRE

**WHITEHURST HARKNESS BREES CHENG ALSAFFAR**

HIGGINBOTHAM & JACOB PLLC

1114 LOST CREEK BLVD

SUITE 410

AUSTIN, TEXAS, 78746

TELEPHONE:  512.476.4346

EMAIL: TJACOB@NATIONALTRIALLAW.COM

**ON BEHALF OF THE DEFENDANT,**

**UNITED STATES OF AMERICA:**

MICHAEL TACKEFF, ASSISTANT UNITED STATES ATTORNEY

ANICA JONES, ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES ATTORNEY'S OFFICE**

719 CHURCH STREET

NASHVILLE, TENNESSEE, 37203

TELEPHONE:  615.401.6644

EMAIL: ANICA.JONES@USDOJ.GOV

County
**COURT REPORTERS, Inc.**
Videography    Litigation Technology™

Case 3:24-cv-01060    Document 50-1    Filed 03/23/26    Page 3 of 9 PageID #: 379
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

**APPEARANCES**

**ON BEHALF OF THE DEFENDANT,**

**UNITED STATES OF AMERICA:**

CHRISTOPHER JOHNSON, CPT, JA

**UNITED STATES ARMY LITIGATION DIVISION**

9275 GUNSTON ROAD

FORT BELVOIR, VIRGINIA, 22060

TELEPHONE:  703.693.1023

EMAIL: CHRISTOPHER.JOHNSON@USDOJ.GOV

**OBSERVERS:**

JOSHUA ANNISETO KENNETH MADRID

Case 3:24-cv-01060    Document 50-1    Filed 03/23/26    Page 4 of 9 PageID #: 380

Q.    Does your mom also live or does she live near you?

A.    Yeah, so while my husband has been in Korea for the past year, me and my daughter have been staying with my parents.

Q.    Your parents live in Mount Juliet?

A.    Yes.

Q.    Can you tell me in your own words what this lawsuit is about?

A.    About the birth injury that my daughter sustained.

Q.    Specifically what is the birth injury?

A.    HIE.

MR. JONES:    Objection to form.

Q.    I'm going to go into a little bit of background information about you, please?

A.    Okay.

Q.    What is your date of birth?

A.    March 10th, 1997.

Q.    How old are you today?

A.    Twenty-eight.

Q.    What's your current address?

A.    2015 Chesapeake Way.

Q.    Mount Juliet?

A.    Yeah, it's Mount Juliet.

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™
800.262.8777 TOLL-FREE • 540.667.0600 LOCAL • 540.667.6562 FAX • CountyCourtReporters.com

were sharing a car at the time. My husband maybe needed the car, I don't remember.

Q.    You never got the WIC?

A.    No.

Q.    When was that application?

A.    Probably like 2022 I think.

Q.    You mentioned that you live with your parents and brother?

A.    Mm-hmm (Indicating affirmatively).

Q.    How do they help or do they help with your daughter's care?

A.    My mom does. She'll do tube feeds for her and babysit her when we need her to. She's with her right now.

Q.    When you say two feeds, I assume that those are meals, but...

A.    Yeah

Q.    ...does it take longer than a normal meal would I guess?

A.    She's tube fed.

Q.    Tube fed?

A.    Yeah.

Q.    Can you describe that process for the tube feeding?

A.    Yeah. She has a G-tube, so it's, it's

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

out of baby formula, so we didn't, I mean she couldn't eat like food other than like baby food.

Q. Does she eat baby food?

A. She does, yeah, a little bit. She can eat soft stuff, purees. We let her try anything that we eat, if it's like soft enough, but all of her, most of her nutrition and everything comes from the tube.

Q. Back to my initial question which was sort of how your mom helps you, so you said the tube feeds and the babysitting. Is there anything else she does for you?

A. I mean she'll, she bathes her sometimes and changes diapers. Yeah, I mean she can pretty much do everything. She's kept her overnight before.

Q. That's nice to have her, I'm sure.

A. Yeah. Yeah.

Q. I understand that your husband is planning to relocate to Texas?

A. Yes.

Q. That's next week?

A. Yes. He has to be there by April 10th.

Q. You mentioned slightly you were waiting a month or something, but can you sort of tell me

Case 3:24-cv-01060    Document 50-1    Filed 03/23/26    Page 7 of 9 PageID #: 383
800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

A.    Mm-hmm (Indicating affirmatively).

Q.    **What past expenses have you accrued?**

A.    TRICARE has covered most of everything. There have been little things that we've had to pay here and there, things like equipment. We don't owe anything right now. But, you know, she's about to get a new pair of leg braces and that's going to be a couple hundred dollars and just all of her equipment that insurance won't cover, but we still need.

Q.    **Past attendant care. Has there been past attendant care?**

MR. JACOB:  Objection form.

A.    What does that mean? Is that like...

Q.    **Like somebody coming into your house and caring for her?**

A.    No.

Q.    **None in the past?**

A.    No.

Q.    **But you anticipate some for the future?**

A.    Maybe, probably, yeah. Yeah.

Q.    **Do you know what loss of consortium is with subsection C?**

A.    No. What is that?

Q.    **Like loss of love and affection with,**

County
COURT REPORTERS, Inc.
Videography        Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

CERTIFICATE OF REPORTER AND SECURE ENCRYPTED

SIGNATURE AND DELIVERY OF CERTIFIED TRANSCRIPT

I, **CHERYL RENEE LANE**, Notary Public, do hereby certify that the forgoing matter was reported by stenographic and/or mechanical means, that same was reduced to written form, that the transcript prepared by me or under my direction, is a true and accurate record of same to the best of my knowledge and ability; that there is no relation nor employment by any attorney or counsel employed by the parties hereto, nor financial or otherwise interest in the action filed or its outcome.

This transcript and certificate have been digitally signed and securely delivered through our encryption server.

IN WITNESS HEREOF, I have here unto set my hand this 17TH day of APRIL, 2025.

/s/ CHERYL RENEE LANE

COURT REPORTER / NOTARY

NOTARY REGISTRATION NUMBER:  7864242

MY COMMISSION EXPIRES:  05/31/2028