IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JOSHUA MADRID and SARAH PANTER, )
*Individually and Next Friend of Their* )
*Minor Child, P.M.*, )
                                 )
          Plaintiffs, )
                                 )
v. )     Civil Case No.: 3:24-cv-01060
                                 )     Judge Richardson
UNITED STATES OF AMERICA, )     Magistrate Judge Frensley
                                 )
          Defendant. )

## <u>DEFENDANT'S WITNESS LIST</u>

The Defendant, United States of America, by and through the United States Attorney for

the Middle District of Tennessee, and the undersigned Assistant United States Attorney, hereby

submits the following witness list:

1. Mark A. Cohen, Ph.D.

2. Vera F. Dolan

3. Bryan Eriksen, M.D.

4. Shirley Fuell-Harris, CNM

5. Frank W. Ling, M.D.

6. Lisa Pierson, M.D. (via deposition designation only)

7. Richard C. Ruck, M.D.

8. Susan Wright, BSN, RN, CNLCP, LNCC, CCM

9. Tiffany Williams, CNM (via deposition designation only)

10. Joshua Madrid

11. Sarah Panter

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN   37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system.   If not registered, notice was sent by United States mail, postage prepaid, to the following:

| Laurie Higginbotham<br>Steven Haspel<br>Tom Jacob<br>Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC<br>1114 Lost Creek Blvd., Suite 410<br>Austin, TX 78746 | Patrick D. Witherington<br>Witherington Law, PLLC<br>51 Century Blvd., Suite 125<br>Nashville, TN 37214 |
|---|---|

s/ Anica C. Jones
ANICA C. JONES
Assistant United States Attorney

2