**ORDER**
The Motion (Doc. No. 49) is DENIED for the reasons discussed at the pretrial conference and subject to the caveats discussed at the pretrial conference.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA MADRID and SARAH PANTER, *Individually and Next Friend of Their Minor Child, P.M.,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No.: 3:24-cv-01060 |
| | ) | Judge Richardson |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Frensley |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PAST ATTENDANT CARE DAMAGES

The United States, by and through the United States Attorney for the Middle District of Tennessee, and the undersigned Assistant United States Attorney, files this Motion in Limine to Exclude Evidence of Past Attendant Care Damages, pursuant to Federal Rules of Evidence 103, 403, and 701. The United States consulted with Plaintiffs in accordance with Local Rule 7.01, and Plaintiffs oppose this motion.

For reasons fully set forth in its memorandum, Defendant respectfully moves this Court to grant its Motion.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov