**<u>ORDER</u>**
The Motion (Doc. No. 56) is DENIED as moot.

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JOSHUA MADRID** and **SARAH PANTER**, Individually and Next Friends of Their Minor Child, **P.M.**

　　Plaintiffs

vs.

**UNITED STATES OF AMERICA**,

　　Defendant

**NO. 3:24-CV-01060**

Judge Eli J. Richardson
Judge Jeffery S. Frensley

## PLAINTIFFS' MOTION AND MEMORANDUM AT LAW TO EXCLUDE DEFENDANT'S REQUEST FOR TRICARE OFFSET AND TO STRIKE DEFENDANT'S TRICARE EXPERT

The Government offers Dr. Ruck to claim that insurance offsets P.M.'s future medical care needs. The Court should exclude this testimony and any evidence related to future offset because:

1. The opinion rests on speculation, including that P.M.'s father will complete 20 years of service despite his contrary intent.

2. The Government offers no evidence—nor can it—on what specific medical care will or will not be covered by TRICARE in the future, or the amount of an offset.

3. The Government did not plead nor answer discovery on the affirmative defense of future offset.

4. The Government's expert does not pass *Daubert* muster.