UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA MADRID, ET AL.,           )
                                 )
              Plaintiffs,        )     Civil Case No. 3:24-cv-01060
                                 )     JUDGE RICHARDSON
v.                               )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
              Defendant.         )

## ORDER

A telephone conference call is scheduled for **April 10, 2026, at 1:15 p.m.** for the Court's announcement of its rulings as to the remaining pending motions in limine and to the objections to the deposition designations.

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE