# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**JOSHUA MADRID** and **SARAH PANTER**, Individually and Next Friend of Their Minor Child**, P.M.**
    Plaintiffs

vs.

**UNITED STATES OF AMERICA**,
    Defendant

**NO. 3:24-CV-01060**
Judge Eli J. Richardson
Judge Jeffery S. Frensley

## JOINT NOTICE OF SETTLEMENT

The parties by and through their counsel would notify the Court that the parties have reached a settlement in principle of this matter, pending, amongst other conditions precedent, final approval the Associate Attorney General. The parties would request the Court stay this matter until such time. The parties respectfully request a deadline to file a status update within 30 days of an order staying the case.

Respectfully Submitted,

/s/ Tom Jacob
TOM JACOB
  tom@trial.law
  Texas State Bar #24069981
  *Pro Hac Vice*
LAURIE HIGGINBOTHAM
  laurie@trial.law
  Texas State Bar #50511759
  *Pro Hac Vice*

NATIONAL TRIAL LAW, PLLC
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Patrick Witherington
Witherington Injury Law
51 Century Blvd. Ste 125
Nashville, TN 37214
Tennessee Bar No. 022348
patrick@wlawfirm.com
(615) 697-6503

Attorneys for Plaintiffs

/s/ Stephen R. Terrell
Stephen R. Terrell
United States Department of Justice
Civil Division
Federal Tort Claims Act Office
3CON, 11th Floor
175 N St, NE
Washington, DC  20002
(202) 353-1651
Stephen.Terrell2@usdoj.gov

Attorney for the United States

## CERTIFICATE OF SERVICE

I certify a copy of this pleading has been served on May 1, 2026 via email.

Served:  Anica Clarissa Jones, anica.jones@usdoj.gov
Stephen R. Terrell, stephen.terrell2@usdoj.gov
Michael S. Bromell, michael.s.bromell2.mil@army.mil

/s/ Tom Jacob
Tom Jacob