# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

**JOSHUA MADRID** and **SARAH PANTER**, Individually and Next Friend of Their Minor Child**, P.M.**

    Plaintiffs

vs.

**UNITED STATES OF AMERICA**,

    Defendant

**NO. 3:24-CV-01060**

Judge Eli J. Richardson

Judge Jeffery S. Frensley

## JOINT STATUS UPDATE

Under the Court's order, Dkt. No. 90, the parties file this status update concerning settlement. Since then, the following has occurred:

- The parties have drafted a stipulation and release of settlement.
- Texas state court has appointed a guardian ad litem for P.M. to review the settlement. The guardian ad litem is currently reviewing the case file and settlement materials, as well as a proposed trust for the sole benefit of P.M. Should the guardian ad litem approve, Plaintiffs will move the state court to both approve the settlement and establish the trust. Court approval of the settlement is a condition precedent to consummating the settlement.
- The settlement requires certain extant medical records provided to DOJ for review. Plaintiffs have requested those records and are waiting on responses.
- As a condition of consummating the settlement, Plaintiffs have provided the Social Security numbers or tax identification numbers of Plaintiffs and Plaintiffs' attorneys and a copy of the birth certificate and social security card (or alternative form of

identification acceptable to the United States) of P.M. to the United States.

Upon receipt of an order from a court of competent jurisdiction approving the proposed settlement on behalf of P.M., a settlement stipulation signed by Plaintiffs and their counsel, and the aforementioned extant medical records, the Department of Justice will begin its internal settlement approval process. The Department official with settlement authority in this matter is the Associate Attorney General. Although the Department will process this settlement with all due diligence, the settlement review and approval process may take several weeks.

The parties request the Court maintain the stay of this matter and have the parties provide another status update within 60 days.

Respectfully Submitted,

/s/ Tom Jacob
TOM JACOB
  tom@trial.law
  Texas State Bar #24069981
  *Pro Hac Vice*
LAURIE HIGGINBOTHAM
  laurie@trial.law
  Texas State Bar #50511759
  *Pro Hac Vice*
NATIONAL TRIAL LAW, PLLC
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)


Patrick Witherington
Witherington Injury Law
51 Century Blvd. Ste 125
Nashville, TN 37214

Tennessee Bar No. 022348
patrick@wlawfirm.com
(615) 697-6503

Attorneys for Plaintiffs

/s/ Stephen R. Terrell
Stephen R. Terrell
United States Department of Justice
Civil Division
Federal Tort Claims Act Office
3CON, 11th Floor
175 N St, NE
Washington, DC  20002
(202) 353-1651
Stephen.Terrell2@usdoj.gov

Attorney for the United States

## CERTIFICATE OF SERVICE

I certify a copy of this pleading has been served on June 3, 2026 via email.

Served:  Anica Clarissa Jones, anica.jones@usdoj.gov
Stephen R. Terrell, stephen.terrell2@usdoj.gov
Michael S. Bromell, michael.s.bromell2.mil@army.mil

/s/ Tom Jacob
Tom Jacob