IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA MADRID and SARAH )
PANTER, Individually and Next Friend of )
Their Minor Child, P.M., )
 )
    Plaintiffs, ) NO. 3:24-cv-01060
 )
v. ) JUDGE RICHARDSON
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )

## ORDER

On May 4, 2026, the Court issued an order (Doc. No. 90, "Order") staying the case "pending the expected finalization of the settlement agreement," and ordering the parties to "file a status update within 30 days of th[e] [O]rder." (*Id.* at 1). On June 3, 2026, the parties filed a "Joint Status Update" (Doc. No. 92, "Status Update") concerning finalization of the expected settlement agreement. Via the Status Update, the parties informed the Court of the ongoing settlement efforts and "request[ed that] the Court maintain the stay of this matter and have the parties provide another status update within 60 days." (*Id.* at 1).

That request is well-taken. The case will remain stayed pending the expected finalization of the settlement agreement; all deadlines in this case will remain stayed pending further order of the Court. The parties are **DIRECTED** to file a status update within 60 days of this order unless, prior to the expiration of that 60-day period, they file a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) or a motion to dismiss this case pursuant to Rule 41(a)(2).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE