# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| **JOSHUA MADRID** and **SARAH PANTER**, Individually and Next Friend of Their Minor Child**, P.M.**<br>Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br>Defendant | **NO. 3:24-CV-01060**<br>Judge Eli J. Richardson<br>Judge Jeffery S. Frensley |

## JOINT STATUS UPDATE

Under the Court's order, Dkt. No. 100, the parties filed this status update concerning settlement. The Department of Justice approved the settlement in this matter and the United States executed the settlement stipulation. The United States has submitted the settlement to the Department of Treasury for funding and parties are awaiting funding. Parties would request the Court maintain the stay of this matter and have the parties provide another status update within 30 days.

Respectfully Submitted,

/s/ Tom Jacob
TOM JACOB
tom@trial.law
Texas State Bar #24069981
*Pro Hac Vice*
LAURIE HIGGINBOTHAM
laurie@trial.law

Texas State Bar #50511759
*Pro Hac Vice*
NATIONAL TRIAL LAW, PLLC
1114 Lost Creek Blvd. Suite 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Patrick Witherington
Witherington Injury Law
51 Century Blvd. Ste 125
Nashville, TN 37214
Tennessee Bar No. 022348
patrick@wlawfirm.com
(615) 697-6503

Attorneys for Plaintiffs

/s/ Stephen R. Terrell

Stephen R. Terrell
United States Department of Justice
Civil Division
Federal Tort Claims Act Office
3CON, 11th Floor
175 N St, NE
Washington, DC 20002
(202) 353-1651
Stephen.Terrell2@usdoj.gov

Attorney for the United States

## CERTIFICATE OF SERVICE

I certify a copy of this pleading has been served on September 2, 2026 via email and ECF.

Served: Stephen R. Terrell, stephen.terrell2@usdoj.gov
Michael S. Bromell, michael.s.bromell2.mil@army.mil
Wynn M. Shuford, wynn.shuford@usdoj.gov

/s/ Tom Jacob
Tom Jacob